# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CROW,<br>    #1031190 | )<br>)<br>) |
|     Plaintiff, | )    3:10-cv-00486-ECR-RAM |
| vs. | )<br>) |
| STATE OF NEVADA, | )    **ORDER**<br>) |
|     Defendant. | )<br>) |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. By order dated October 25, 2010, the court directed plaintiff to submit a completed application to proceed *in forma pauperis* along with a complaint on the court-approved forms (docket #9). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order dated October 25, 2010.

**IT IS FURTHER ORDERED** that plaintiff's motion to subpoena tapes and documents (docket #5) and motion for discovery (docket #6) are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 15th day of December, 2010.

                                                                     /s/ Edward C. Reed
                                                                     UNITED STATES DISTRICT JUDGE