AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JOSHUA CROW,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:10-CV-00486-ECR-RAM**

STATE OF NEVADA,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for the failure of Plaintiff to comply with the Court's Order dated October 25, 2010.


   12/15/2010                                           **LANCE S. WILSON**
                                                               Clerk


                                                                /s/ P. McDonald
                                                                Deputy Clerk